AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

MR WILLIAM J. MORRA JR
_____
Petitioner

v.   Case No. _____
     (Supplied by Clerk of Court)

WALTON C.I.
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Provided to Walton CI
On 1-7-25 for Mailing
By (Officer Initials) ___  WM

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: WILLIAM J. MORRA JR
   (b) Other names you have used: NONE

2. Place of confinement:
   (a) Name of institution: WALTON C.I.
   (b) Address: 691 INSTITUTION ROAD
   DEFUNIAK SPRINGS, FLORIDA 32433-1850
   (c) Your identification number: A-X13020

3. Are you currently being held on orders by:
   ☐ Federal authorities    ☒ State authorities    ☐ Other - explain:

4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
   If you are currently serving a sentence, provide:
   (a) Name and location of court that sentenced you: OSCEOLA COUNTY COURTHOUSE @ 2 COURTHOUSE SQUARE COURTROOM 4-F KISSIMMEE, FLORIDA 39741
   (b) Docket number of criminal case:
   (c) Date of sentencing: 12-1-22 NOLLE PROSEQUI ON 12-15-21 CONTROLLING.
   ☐ Being held on an immigration charge
   ☒ Other (explain): FALSELY ARREST AFTER LAURA DEMERS NOLLE PROSEQUI SELF-EXECUTING, EFFECTIVELY ENDED THE PROCEEDINGS, IN ITS ENTIRETY STATE V. VASQUEZ, 450 So.2d 270,271 (FLA 1984) (QUOTING:1958 O.P. ATTY. GEN 058-169 (MAY 23, 1958) SADLER V. STATE, 949 So.2d 303, 305 (FLA 5TH DCA 2007) (EXPLAINING THAT THE TRIAL COURT LACKED JURISDICTION TO PROSECUTE THE DEFENDANT AFTER THE STATE NOLLE PROSEQUI BOTH CASES IS SELF-EXECUTING, EFFECTIVELY FILED ENDED THE PROCEEDINGS "IN ITS ENTIRETY" ON 12-15-21 BY LAURA DEMERS CASE NO#2-482021CF0692 NOLLE PROSEQUI "SELF-EXECUTING" AFTER MOTION TO CONTINUE WAS PROPERLY "DENIED" BY JUDGE KEITH A. CARSTEN CIRCUIT COURT JUDGE, THEN ASSISTANT STATE ATTORNEY LAURA DEMERS "NOLLE PROSEQUI" SELF-EXECUTING CASE NO #1-2019CF0026 "IN ITS ENTIRETY" ON 1-19-22. ONCE THE STATE FILED NOLLE PROSEQUI ITS BENCH WARRANT FOR MR MORRA "UNLAWFULLY" IN ITS ENTIRETY SELF-EXECUTING THE WAND THERE ON 12-15-21

"NOLLE' PROSEQUI" SELF-EXECUTING THE CHARGES IN IT'S ENTIRETY,
ON 1-19-22 REARRESTED 35 DAYS LATER BENCH WARRANT THE
PROCESS STARTS ALL OVER AGAIN & AGAIN & AGAIN IT NEVER ENDS.
"UNLAWFULLY" "IN ITS ENTIRETY" "ONCE THE STATE FILES NOLLE PROSEQUI"
"ITS SELF-EXECUTING, THE CHARGES "IN ITS ENTIRETY" TO WIT: BOTH
CASES 1 BOTH CASES, 1-492019CF01126 AND CASE 2-492021CF0691
ARE "NULL & VOID" "IN ITS ENTIRETY;" EFFECTIVELY ENDED THE PROCEEDINGS
ON "BOTH CASES," AS ABOVE" AND "VACATING "SETTING-ASIDE" JUDGMENTS AND
SENTENCES IMPOSED ON 12-1-22 - ARE VOID AND "VACATING "SETTING-ASIDE"
IMMEDIATELY DISCHARGE MR. MORRA, FOREVER MORE, TODAY" UPON RECEIPT
OF THIS WRIT, "IN ITS ENTIRETY" OF A CHARGE THE STATE, NOLLE PROSEQUI"
"IT'S OVER." ITS "SELF-EXECUTING" EFFECTIVELY ENDED THE PROCEEDINGS ON BOTH CASES
THE TRIAL COURT LACKED JURISDICTION TO PROSECUTE DEFENDANT" BECAUSE
THE STATE ON 12-15-21 FILED "NOLLE PROSEQUI ON CASE NO 2-492021CF0691
AND CASE NO 1-2019CF01126 "NOLLE' PROSEQUI BOTH CASES AND FOREVER BARRED
FOR REFILING ANY, ACTIONS, SUBSEQUENTLY FILED NOLLE' PROSEQUI IS SELF-EXECUTING,
THE STATE HAS DISCRETION TO FILE, NOLLE' PROSEQUI IS WITHIN THE STATES DISCRETION
"TO DO SO" AND "DOES NOT NEED PERMISSION, FROM THE COURT TO ENTER A
"NOLLE' PROSEQUI" IS SELF-EXECUTING. THE TRIAL COURT LACKED JURISDICTION
TO PROSECUTE MR. MORRA, BECAUSE ON 12-15-21 THE NOLLE' PROSEQUI IS
SELF-EXECUTING EFFECTIVELY ENDED THE PROCEEDINGS FILED BY THE ASSISTANT
STATE ATTORNEY, LAURA DEMERS TIMELY FILED EXECUTION OF BOTH CASES "
"NULL & VOID" AND ON 12-1-22 ARE "VOID" "IN ITS ENTIRETY" AND MUST
BE VACATED, SETTING ASIDE" JUDGMENTS AND SENTENCES" IMPOSED ARE VOID"
"IN ITS ENTIRETY" SEE WILKINS V. STATE 90. So. 3d 305, 306 (FLA 1st DCA 2012)
REVERSING THE JUDGMENTS AND SENTENCES IMPOSED ENTERED ON A CHARGE
THE STATE HAD NOLLE' PROSSED AND REMANDED FOR VACATOR OF SENTENCES
IMPOSED AND REMANDED FOR VACATOR OF SENTENCES IMPOSED ON 12-1-22
SEE, FRECCACRETO V. STATE, 291 So. 2d

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Decision or Action You Are Challenging**

5. What are you challenging in this petition: MEMORANDUM OF LAW & FACTS OF CASES NOLLE' PROSEQUI SELF-EXECUTING EFFECTIVELY ENDED THE PROCEEDINGS, CASE#2-492021CF0691 AND ACQUITTED ON 12-15-21 ACQUITTED CASE#1-492019CF01126 ON 12-15-21 "NOLLE-PROSEQUI SELF EXECUTING EFFECTIVELY ENDED THE PROCEEDINGS ON LAURA DEMERS, IS THE BEST AND YOU DON'T MESS WITH THE BEST "BECAUSE YOU WILL" WILL TRIAL CHARGE, AND I'VE GOT HER BACK 100% IN ITS ENTIRETY, 12/15/21 "NOLLE' PROSEQUI IN ITS ENTIRETY, WE "WIN" "WIN" EVERY DAY, 11TH CIRCUIT COURT IN ATLANTA GEORGIA,

☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
☐ Pretrial detention
☐ Immigration detention
☐ Detainer
☑ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☑ Other (explain): THE VALIDITY IS THE TRIAL COURT LACKED JURISDICTION TO PROSECUTE DEFENDANT, "BECAUSE LAURA DEMERS NOLLE' PROSEQUI." BOTH CASE, "NOLLE' PROSEQUI CASE NO 2-492021CF0691 AND CASE 1 492019CF01126 "NOLLE' PROSEQUI.

6. Provide more information about the decision or action you are challenging: AFTER THE JUDGE DENIED CONTINUANCE NOLLE' PROSEQUI SELF-EXECUTING IN IT'S ENTIRETY

(a) Name and location of the agency or court: OSCEOLA COUNTY COURT HOUSE, RESULTING IN FALSE IMPRISONMENT UNLAWFULLY, IMPRISONMENT AFTER NOLLE PROSEQUI SELF-EXECUTING, ON 12-15-21 IN ITS ENTIRETY?
(b) Docket number, case number, or opinion number: CASE 2-492021CF0691 CASE 1-492019CF01126 NOLLE PROSEQUI
(c) Decision or action you are challenging (for disciplinary proceedings, specify the penalties imposed): SELF-EXECUTING ACQUITTED NOLLE PROSEQUI THE CASE 2-492021CF0691 NOLLE' PROSEQUI SELF-EXECUTING EFFECTIVELY ENDED CASES EXECUTING IN ITS ENTIRETY BOTH. THE CASE 1-492019CF01126 NOLLE' PROSEQUI, SELF-EXECUTING AFTER MOTION FOR CONTINUANCE "DENIED" BY JUDGE KEITH A. CARSTEN LAURA DEMERS. NOLLE' PROSEQUI BOTH IN ITS ENTIRETY
(d) Date of the decision or action: 12-1-20 FALSE IMPRISONMENT UNLAWFULLY, IN ITS ENTIRETY? TRIAL COURT LACKED JURISDICTION TO PROSECUTE DEFENDANT BECAUSE THE CASES WERE NOLLE-PROSSED AND THE ASSISTANT STATE ATTORNEY NOLLE PROSEQUI, ON 12-15-21, NO JURISDICTION TO PROSECUTE MR. MORRA A VOID PROCESS CAREER CRIMINAL UNLAWFULLY TO WIT

"NOLLE' PROSEQUI" Your Earlier Challenges of the Decision or Action
SELF-EXECUTING. EFFECTIVELY ENDED THE WHOLE PROCEEDINGS, AS FOLLOWS
7. First appeal ON 12-15-21 ASSISTANT STATE ATTORNEY LAURA DEMERS' NOLLE PROSEQUI. CASE CASE NO 2# 492021CF0691 IN ITS ENTIRETY CASE 1. 492019CF01126 MOTION TO CONTINUE Did you appeal the decision, file a grievance, or seek an administrative remedy? PRESENTED TO THE COURT JUDGE KEITH A. CARSTEN PROPERLY "DENIED" THE STATES CONTINUANCE ON 12-15-21 SO ASSISTANT
☑ Yes STATE ATTORNEY ☐ No IMMEDIATELY ON CASE 1-492019CF01126 "NOLLE' PROSEQUI" SELF EXECUTING EFFECTIVELY ENDED THE PROCEEDING IN ITS ENTIRETY, ON 1-19-22 ARREST WARRANT MR. MORRA, WITH NO JURISDICTION "WHATSOEVER," IN ANY SHAPE, FORM OR FASHION, THE TRIAL COURT
(a) If "Yes," provide: LACKED JURISDICTION TO PROSECUTE THE DEFENDANT.
"BECAUSE THE ASSISTANT STATE ATTORNEY LAURA DEMERS, TIMELY FILED FOR AN (1) Name of the authority, agency, or court: "IMMEDIATE RESOLUTION" TO "NOLLE' PROSEQUI THE CASE 1-492019CF0126 ENDING THE STATE AND
"NOLLE' PROSEQUI CASE 1-492019CF-01126 ACQUITTED MR. MORRA, ARREST WARRANT
(2) Date of filing: COURT ISSUED AN ARREST WARRANT ON A CHARGE FOR THE JUDGE KEITH A. CARSTEN, L. DEMERS
(3) Docket number, case number, or opinion number: FALSE DECLARATION, NO SUBJECT MATTER JURISDICTION IN ANY SHAPE, FORM OR FASHION
(4) Result: A(N) BENCH WARRANT FOR ALL COURT PERSONNEL WHO VIOLATED FEDERAL LAW FIRST THE U.S. FLORIDA CONSTITUTIONAL VIOLATIONS ALL PROVISIONS, CONSTITUTIONALLY
(5) Date of result: VIOLATED A CITIZEN WHOM HAS MORE THAN COMPLIED AND BEING
(6) Issues raised: UNWARRANTED COURT PERSONAL ON 1-19-22, ARRESTING MR. MORRA ON A CHARGE THE STATE HAD NOLLE' PROSEQUI, SELF EXECUTING. ON 12-15-21 ACQUITTING MR. MORRA OF ALL ALLEGED CHARGE TO WIT ON 12-15-21 DISC. CO AUDIO/VIDEO OF ALL PROCEEDINGS, 12-15-21 ON 10-20-22 THE TRIAL COURT HAS NO JURISDICTION WHATSOEVER TO PROSECUTE MR. MORRA FROM 12-15-21 CAME FIRST. ACQUITTED OF ALL THE ALLEGED CHARGES, ON 12-15-21 BY LAURA DEMERS ASSISTANT STATE ATTORNEY ACQUITTED MR. MORRA ON THIS DATE 12-15-21 THE TRIAL COURT LACKED JURISDICTION IN ANY SHAPE, FORM OR FASHION "BECAUSE"

Page 3 of 10

THE CHARGE MR. MORRA WAS REARRESTED FOR, ON 12-15-21 THE TRIAL COURT "NOLLE' PROSEQUI" SELF-EXECUTING," EFFECTIVELY ENDED THE PROCEEDINGS TO WIT: ON 12-15-21 LAURA DENERS "MOTION TO CONTINUE," WAS PROPERLY "DENIED" IN OPEN COURT ON 12-15-21 "JUDGE KEITH A. CARTER" PROPERLY" "DENIED" IMMEDIATELY" LAURA DENNER" FILED IN OPEN COURT "NOLLE" "NOLLE' PROSEQUI" ON "12-15-21" ACQUITTING" MR MORRA ON ALL "ALLEGED CHARGES, ON "12-15-21 ACQUITTED" MR. MORRA," OF "ALL THE" CHARGES, ... FILED AGAINST" HIM," WRIT OF ERROR" TO CIRCUIT COURT" "ALL WRITS DOCTRINE" APPLIES "IN THE INSTANT CASE AT BAR," TO WIT: ALYSON LOPES, P.A. "ACCEPTED" MY CASE" IN FULL," "TO "ACKNOWLEDGE" THAT SHE "WAS "REPRESENTING" MR. MORRA," ON TIME" BARRED "BY" STATUTE, "IN ITS ENTIRETY" GOING BACK "NUNC PRO TUNC" TO "CR 97-1131 "NOT GUILTY VERDICT" ON "ALL THREE COUNTS, "BEYOND "ANY" REASONABLE DOUBTS" "WHATSOEVER" EVERYONE IN THAT TRIAL WERE PROPERLY IMPEACHED AND THE NINTH JUDICIAL CIRCUIT COURT "UNLAWFULLY "AS THEY ARE "DOING NOW" "AS" A MATTER OF LAW", FACTS", CASES AT BAR," THE NINTH JUDICIAL CIRCUIT" HAS" NO JURISDICTION WHATSOEVER" TO CHARGE MR. MORRA, A JURY ACQUITTED MR. MORRA, OF ALL THE FACTS PRESENTED, BARRING, "ANY FURTHER" PROCEEDINGS, SEVERE PREJUDICE ACCURED "BEYOND "ANY" REASONABLE "DOUBTS," COURT PERSONELL" ON JURY" DELIBERATION" VIOLATED "CONSTITUTIONALLY" "FAIR & IMPARTIAL" PROCEEDINGS," TO WITH COVER-UP SEVERE "INAPPROPRIATE" "BEHAVIOUR" TOWARDS" MR. MORRA "DENYING" MR. MORRA TO A" FAIR & IMPARTIAL "TRIAL BY JURY "WITH" COURT PERSONELL" "ON "JURY" CONVICTING" MR. MORRA BACK" TO BACK, "A" VOID PROCESS, ACQUITTAL" TO "COME NUNC PRO' TUNC" TO 9-21-1998 TO 4-22-1998 "TO ACQUIT" MR. MORRA, "DUE TO "MALICIOUS & VANDICTIVE" PROSECUTION, ""NOLLE PROSEQUI" "APPLIES" IN THE INSTANT" CASE AT BAR" TO "ACQUITTAL" FOR WOULD" BE "THE "FAIR & IMPARTIAL" THING TO DO THAN" CONTAMINATE "COURT PERSONELL" "ON JURY" TO PROSECUTE MR. MORRA FOR HIS ACQUITTAL" "ON ALL "3- COUNTS" IN ITS ENTIRETY"

VIOLATIONS OF CONSTITUTIONAL ISSUES AND NOT REENFORCED TO THE VICTIM OF UNWARRANTED CIRCUMSTANCES.

ON 1-19-22 THE TRIAL COURT LACKED JURISDICTION SINCE 12-15-21 TIL THIS DATE NO SUBJECT RULE JURISDICTION TO WIT! A COURT ORDER LAURA DEMERS, FILED "NOLLE' PROSEQUI" SELF-EXECUTING

(b) If you answered "No," explain why you did not appeal: YES, THE APPELLANT COURT IS IN CAHOOTS WITH THE CIRCUIT COURT, ONE COURT AGAINST THE OTHER, ONE SIZE FITS ALL "UNLAWFULLY" FILED JUDICIAL QUALIFICATIONS

8. **Second appeal** COMMISSION EXECUTIVE DIRECTOR FORMAL COMPLAINT

After the first appeal, did you file a second appeal to a higher authority, agency, or court?

☑ Yes   ☐ No      ( SC22-1580 )

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: SUPREME COURT OF FLORIDA, THE POLITICS WITH JUST THE CLERKS ASSISTANT, NEGOTIATED
(2) Date of filing: NO WIN SITUATION, AND A COURT ORDER, NOT A STAND
(3) Docket number, case number, or opinion number: UP COURT TO DEFEND CITIZEN
(4) Result: AGAINST "UNLAWFUL" "IMPRISONMENT" "FALSE ARREST",
(5) Date of result: "FALSE IMPRISONMENT" "CONSPIRACY" "OBSTRUCTION OF
(6) Issues raised: JUSTICE" "OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE" REALLY SERIOUSLY, "UNITED STATES SUPREME COURT ON THE RICOCO" "WILL" "SUFFICE" "IN ITS" "ENTIRETY", SEE "NOLLE PROSEQUI" CASES ACQUITTAL BOTH CASE NO 2-49 2021 CF 0691 AND CASE NO- CASE NO 1-49 2019 CF 01136 "NOLLE' PROSEQUI" AFTER MOTION FOR CONTINUANCE BY ASSIST, STATE ATTORNEY JUDGE: KEITH A. CARSTEN, "DENIED" LAURA DEMERS NOLLE' PROSEQUI SELF-EXECUTING IN ITS ENTIRETY FREED. MR. MORRA 12-15-21

(b) If you answered "No," explain why you did not file a second appeal: SELF-EXECUTING, "WIN, WIN" UNITED STATES DISTRICT COURT, IN ORLANDO, FLORIDA 32801, FUNDAMENTAL ERROR APPLIES IN THE INSTANT CASE AT BIRTH. THANK YOU FOR HELPING.

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☑ Yes   ☐ No

(a) If "Yes," provide:

(1) Name of the authority, agency, or court: UNITED STATES DISTRICT COURT ORLANDO, FLORIDA 32801 MIDDLE DISTRICT OF FLORIDA
(2) Date of filing: 12-20-23
(3) Docket number, case number, or opinion number: _____
(4) Result: PENDING
(5) Date of result: PENDING  2254
(6) Issues raised: PEN PENDING 2254

N/A

(b) If you answered "No," explain why you did not file a third appeal:

N/A

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☒ Yes  ☐ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☒ Yes  ☐ No

If "Yes," provide:

(1) Name of court: UNITED STATES DISTRICT COURT (MIDDLE DISTRICT)
(2) Case number: 
(3) Date of filing: 10-13-23 TO WIT "NOLLE' PROSEQUI" "12-15-21" "IS LAW!"
(4) Result: PENDING DISPOSITION "12-15-21" "IS THE LAW."
(5) Date of result: EMERGENCY RELEASE TO WIT: "NOLLE PROSEQUI" SELF-EXECUTING"
(6) Issues raised: "NO BILL" "NOLLE' PROSEQUI" SELF-EXECUTING" EFFECTIVELY ENDED THE PROCEEDINGS, "IN ITS ENTIRETY" LAURA DEMERS ON 12-15-21 EFFECTIVELY ACQUITTED MR. MORRA, ON ALL ALLEGED CASES, CASE NO 2.-492021CF0698 "NOLLE' PROSEQUI" "SELF-EXECUTING" EFFECTIVELY ENDED THE PROCEEDING "IN ITS ENTIRETY CASE NO1-492019CF01126 "SELF-EXECUTING" STATES MOTION FOR CONTINUANCE, WAS PROPERLY "DENIED" BY JUDGE KEITH A. CARSTEN, "NOLLE PROSEQUI" TRIAL COURT LACKED JURISDICTION

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence? TO PROSECUTE DEFENDANT ON 1-19-22 "FALSE ARREST" FALSE IMPRISONMENT CONSPIRACY, OBSTRUCTION OF JUSTICE OBSTRUCTION OF THE ADMINISTRATION OF JUSTICE

☐ Yes  ☒ No

If "Yes," provide:

(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

N/A

N/A

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

N/A

11. **Appeals of immigration proceedings**

Does this case concern immigration proceedings?
☐ Yes     ☐ No

If "Yes," provide:
(a) Date you were taken into immigration custody:
(b) Date of the removal or reinstatement order:
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes     ☐ No

If "Yes," provide:
(1) Date of filing:
(2) Case number:
(3) Result:
(4) Date of result:
(5) Issues raised:

N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes     ☐ No

If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

N/A

(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

N/A

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes   ☒ No

If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____

(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

N/A

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: "NOLLE' PROSEQUI" "SELF-EXECUTING" IS LAW, "12-15-21" ACQUITTAL BY LAURA DEMERS, ASSISTANT STATE ATTORNEY ACQUITTED MR. MORRA ON BOTH CASES, ON 12-15-21 FACTS & CASE AT BAR.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: "NOLLE' PROSEQUI" "SELF EXECUTING," IN ITS ENTIRETY" LAURA DEMERS, ACQUITTED MR. MORRA, OF ALL THE ALLEGED CHARGES AGAINST HIM. "SELF - EXECUTING" EFFECTIVELY ENDED THE PROCEEDINGS ON BOTH CASES TO WIT, ACQUITTAL BY LAURA DEMERS "12-15-21"

(b) Did you present Ground One in all appeals that were available to you?
☑ Yes    ☐ No

GROUND TWO: STATE V. SPICER 318 So.3d 1269 (2015, 2021) IN ITS ENTIRETY, "NOLLE' PROSEQUI" SELF EXECUTING EFFECTIVELY ENDED BOTH CASES

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: "12-15-21" CONTROLLING. "NOLLE' PROSEQUI" "SELF - EXECUTING" EFFECTIVELY ENDS THE PROCEEDINGS, BOTH CASES

(b) Did you present Ground Two in all appeals that were available to you?
☑ Yes    ☐ No

GROUND THREE: "NOLLE PROSEQUI" SELF-EXECUTING EFFECTIVELY ENDED PROCEEDINGS.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*: "NOLLE PROSEQUI"

(b) Did you present Ground Three in all appeals that were available to you?
☑ Yes    ☐ No

**GROUND FOUR:** "NOLLE PROSEQUI"

"SELF-EXECUTING" "EFFECTIVELY ENDED THE PROCEEDINGS.

(a) Supporting facts *(Be brief. Do not cite cases or law.):* ACQUITTED BOTH CASES ON 12-15-81

"NOLLE PROSEQUI"

(b) Did you present Ground Four in all appeals that were available to you?
☑ Yes   ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

**Request for Relief**

15. State exactly what you want the court to do: EXONERATING FROM ALL THESE "UNLAWFUL" CHARGES, EXCEED THE ORIGINAL ACQUITTAL BY LAURA DEMERS ON 12-15-81

Page 9 of 10

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:
MAILBOX RULE INVOKED THIS 15TH DAY OF DECEMBER, 2024;

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 12-15-2024

_William J Morad, ESQ_
Signature of Petitioner

_William J Morad, ESQ_
Signature of Attorney or other authorized person, if any

PRO SE / LITIGANT.

MR. WILLIAM [illegible]
WALTON C.I. 691 INSTITUTION ROAD
DEFUNIAK SPRINGS, FLORIDA 32433-1800

Mailed From A
Correctional
Institution

US POSTAGE
ZIP 32433
02 7H
0006070546
$000.97
JAN 07 2025

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
GEORGE C. YOUNG US COURTHOUSE
401 WEST CENTRAL BLVD, SUITE 1200
ORLANDO, FLORIDA 32801-0120

BRANCH M[illegible]

YOUN401    328014096-1N    01/17/25

LEGAL MAIL

"LEGAL MAIL"

Provided to Walton CI
On 1-7-25 for Mailing    WM
By [initials]

LEGAL MAIL

LEGAL MAIL