UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

WILLIAM J. MORRA, JR.,

    Petitioner,

v.   Case No. 6:25-cv-00103-PGB-UAM

WARDEN, WALTON
CORRECTIONAL INSTITUTION,

    Respondent.
    _____/

**ORDER**

THIS CAUSE comes before the Court on review of the case file. On January 28, 2025, Petitioner was advised of the Court's recharacterization of his 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus as one under 28 U.S.C. § 2254 (Doc. 2 at 1–3), in compliance with *Castro v. United States*, 540 U.S. 375, 382–83 (2003).[1] The Court ordered Petitioner to inform the Court within twenty-one days whether he desires to proceed with the Petition as characterized under Section 2254 or withdraw the Petition. (Doc. 2 at 3). The Court further ordered that, if Petitioner desires to proceed with the Petition as characterized under Section 2254, he must, within twenty-one days, (1) file an Amended Petition using the standard

---

[1] *See, e.g.*, *Ponton v. Sec'y, Dep't of Corr.*, 891 F.3d 950 (11th Cir. 2018) (applying the *Castro* notice and warning requirements to a Section 2254 petition).

form that includes *all* claims he believes he has and desires to raise under Section 2254; and (2) either pay the full filing fee or file an Affidavit of Indigency or other application to proceed *in forma pauperis*. (Doc. 2 at 4).

Petitioner was warned that his failure to comply with the order would result in dismissal of this action without prejudice without further notice. (Doc. 2 at 4). *See* Fed. R. Civ. P. 41(b); *Betty K Agencies, Ltd. v. M/V MONADA*, 432 F.3d 1333, 1337 (11th Cir. 2005) (recognizing that a district court may dismiss an action *sua sponte* for the plaintiff's failure to prosecute his case or obey a court order under Rule 41(b)). The order was mailed to Petitioner's address of record and was not returned undeliverable. Nonetheless, Petitioner did not timely comply.

Accordingly, due to Petitioner's lack of prosecution in this matter, it is **ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Orlando, Florida on February 28, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Unrepresented Party